

# NUMBER 13-24-00648-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

**MISSION CONSOLIDATED
INDEPENDENT SCHOOL DISTRICT,**                                    **Appellant,**

**v.**

**NM CONTRACTING, LLC,**                                    **Appellee.**

## ON APPEAL FROM THE 206TH DISTRICT COURT
## OF HIDALGO COUNTY, TEXAS

## MEMORANDUM OPINION

### Before Chief Justice Tijerina and Justices West and Cron
### Memorandum Opinion by Chief Justice Tijerina

This matter is before the Court on appellant's unopposed amended motion to dismiss. The parties have resolved all matters and issues before this court, and appellant now requests that the appeal be dismissed.

The Court, having considered the motion, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Therefore, the amended motion to dismiss is granted, and the appeal is hereby dismissed. In accordance with the unopposed motion,

and the parties' apparent agreement, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained.

JAIME TIJERINA
Chief Justice

Delivered and filed on the
22nd day of May, 2025.